UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HRB PROFESSIONAL RESOURCES LLC,  :
d/b/a H&R Block,                                      :
                   Plaintiff,            :    **ORDER**
v.                                                              :
                                                             :    23 CV 2307 (VB)
DANNY W. STANTON,                            :
                  Defendant.            :
--------------------------------------------------------------x

       By motion dated March 24, 2023, plaintiff seeks a temporary restraining order ("TRO") and preliminary injunction with respect to defendant's alleged (i) possession, use, and disclosure of certain confidential or proprietary information or trade secrets of plaintiff, and (ii) solicitation of and providing services to plaintiff's clients. (Doc. #10).

       Although the record does not reflect whether defendant has been served with process in this case, it does reflect that defendant has been notified of this lawsuit and the instant motion, and has retained counsel. Defendant's counsel has not yet filed an appearance in the case.

       The Court declines to sign the proposed order to show cause at this time. However, the Court will conduct a hearing on **March 29, 2023, at 3:00 p.m.**, to be held in Courtroom 620 at the White Plains courthouse, to consider, among other things, whether to issue a TRO.

       The parties are directed to discuss settlement in good faith, including at least with respect to the requested preliminary relief, and to be prepared to discuss the same at the hearing.

       All counsel are directed to attend the hearing in person. In addition, defendant and a representative of plaintiff who has full authority to settle the case are directed to attend the hearing in person.

       By 2:00 p.m. on March 27, 2023, plaintiff's counsel shall serve by email a copy of this Order on defendant and on defendant's attorney, and shall file proof of service of same on the ECF docket.

Dated: March 27, 2023
       White Plains, NY

                                                  SO ORDERED:

                                                  _____
                                                  Vincent L. Briccetti
                                                  United States District Judge