UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HRB PROFESSIONAL RESOURCES LLC
(D/B/A H&R BLOCK),

           Plaintiff,

v.

DANNY W. STANTON,

           Defendant.
------------------------------------------------------------x

**ORDER**

23 CV 2307 (VB)

3/31/23

       As discussed at a hearing held today and attended by counsel for all parties, as well as defendant and a representative of plaintiff, it is hereby ORDERED:

       1.     In light of the stipulated agreement between the parties, set forth on the record during the hearing and so-ordered by the Court, plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. #10) is withdrawn without prejudice.

       2.     The parties shall discuss settlement in good faith. By <u>April 14, 2023</u>, plaintiff's counsel shall submit a joint letter regarding the status of the parties' settlement discussions and indicating whether there is anything the Court can do to assist in that regard. Counsel's letter shall also set forth the parties' intentions with respect to arbitration, including whether plaintiff intends to file a motion to compel arbitration.

       3.     The Clerk is instructed to terminate the pending motions (Docs. ##10, 26).

Dated: March 31, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1