UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
HRB PROFESSIONAL RESOURCES LLC          :
(D/B/A H&R BLOCK),                      :
        Plaintiff,                     :     **ORDER**   6/1/23
v.                                      :
                                        :     23 CV 2307 (VB)
DANNY W. STANTON,                       :
        Defendant.                     :
--------------------------------------------------------------x

      In light of the parties' Joint Stipulation to Stay Proceedings and Arbitrate Claims, dated May 31, 2023 (Doc. #37 (the "Joint Stipulation")), it is hereby ORDERED:

      1.     The parties shall proceed to arbitration in accordance with the Joint Stipulation and the Mutual Arbitration Agreement referenced therein.

      2.     The stipulated agreement between the parties, set forth on the record during the March 31, 2023, hearing and so-ordered by the Court, shall remain in place during the pendency of the arbitration proceedings.

      3.     These proceedings otherwise are hereby STAYED.

      4.     The Clerk is instructed to administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

Dated: June 1, 2023
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge

---

[1]    See Zimmerman v. UBS AG, 789 F. App'x 914, 915–16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to a docket entry marking a case as 'closed,' which we will assume was made for administrative or statistical convenience.").