UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HRB PROFESSIONAL RESOURCES LLC
(D/B/A H&R BLOCK),

        Plaintiff,

vs.

DANNY W. STANTON,

        Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-25

CASE NO.: 7:23-cv-02307 (VB)

~~[struck through]~~ ORDER CONFIRMING ARBITRATION AWARD
AND ENTERING JUDGMENT

THIS CAUSE having come before the Court on the Unopposed Motion to Confirm Arbitration Award filed by plaintiff HRB Professional Resources LLC (d/b/a H&R Block) ("H&R Block"), and this Court finding that Defendant Danny W. Stanton is bound to the arbitration agreement with H&R Block; this dispute having been submitted to an arbitrator who, upon the parties' Joint Motion for Entry of Stipulated Consent Permanent Injunction Award, entered a Stipulated Consent Permanent Injunction Award on June 13, 2025; this Court having jurisdiction to enforce the awards of arbitrators pursuant to 9 U.S.C. § 9; the Court having considered the Unopposed Motion to Confirm Arbitration Award, and for good cause shown, it is HEREBY ORDERED:

    1.    The Stipulated Consent Permanent Injunction Award of the arbitrator in AAA Case No. 01-23-0003-2364, dated June 13, 2025, is hereby confirmed.

Date: 6/27/2025

[signature]

Hon. Vincent L. Briccetti, U.S.D.J.

→ The Clerk shall terminate the motion (Doc. #43) and close this case.